UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **04CR 10081 JLT** |
| v. | Count One: |
| RAMON WILBERTO ABREU-CABRERA A/K/A ISMAEL CINTRON | 8 U.S.C. §1326 (Illegal Re-entry of Deported Alien) |
| Defendant | |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about February 23, 2004, at Boston, in the District of Massachusetts,

RAMON WILBERTO ABREU-CABRERA
A/K/A ISMAEL CINTRON

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS            March 23, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

3/23/04 @ 4:25pm