AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RAMON WILBERTO ABREU-CABRERA
A/K/A ISMAEL CINTRON

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10081 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RAMON WILBERTO ABREU-CABRERA A/K/A ISMAEL CINTRON___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

illegal re-entry after deportation

in violation of
Title _____ United States Code, Section(s) 1326(a)

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

3-24-04  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/25/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.