UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. CASE NO:
V.                                     CR04-10081:001 JLT

RAMON WILBERTO ABREU-CABRERA
     Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

DEIN, U.S.M.J.

On March 25, 2004, the defendant in the above-entitled action appeared before this Court for the first time on an indictment charging him with 8 U.S.C § 1326, Illegal Re-entry of Deported Alien.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney SYRIE FRIED of the Federal Defender Office for the District of Massachusetts be appointed, effective as of March 25, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

                                                        JUDITH GAIL DEIN
                                                        UNITED STATES MAGISTRATE JUDGE

                                                        BY THE COURT:
                                                        /S/ Rex Brown
                                                        Courtroom Clerk

March 25, 2004
Date