UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. CR04-10081 JLT

UNITED STATES OF AMERICA

V.

RAMON WILBERTO ABREU-CABRERA,
a/k/s Ismail Clinton

### ORDER ON DETENTION
April 19, 2004

ALEXANDER, U.S.M .J.

The defendant Ramon Wilberto Abreu Cabrera, a/k/s Ismail Clinton, appeared before this Court on March 30, 2004, pursuant to an indictment charging him with a violation of 8 U.S.C. §1326 (illegal re-entry of a deported alien). The government was represented by Assistant United States Attorney Nadine Pellegrini and the defendant was represented by attorney Syrie Fried. In that an arraignment was held and the defendant plead not guilty, a detention hearing ensued .

At the detention hearing, held pursuant to 18 U.S.C. §3142(f)(2)(A), the government presented, on direct, the credible testimony of Agent Mike Perilla of Immigration and Customs Enforcement, Department of Homeland security. The agent testified that the defendant was subject to deportation, was not employed and had used aliases in the past. Upon cross-examination by the defense, testimony from the agent was elicited showing defendant had been twice previously deported.

No pre-trial report, excepting prior record, had been presented to the Court. Defense counsel stated that said defendant will not agree to be interviewed.

Accordingly, after review of the evidence, including the prior record of deportation, no argument from defense to the contrary, and the probable cause finding pursuant to United States v. Vargas, 804 F.2d 157, 162-63 (1st Cir. 1986), this Court hereby DETAINS the defendant pursuant to 18 U.S.C. §3142 (e) and remands the defendant to the custody of the United States Marshal pending trial.

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE