UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          Criminal No. 04-10081-JLT

v.

RAMON WILBERTO ABREAU-CABRERA

REPORT ON INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On May 12th, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense: None

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense: The defendant requests 30 additional days to review the documents provided in discovery and to file any further discovery requests. —*The government has no objection to this request. Nadine Pellegrini, AUSA*

3. Anticipated supplemental discovery

   For the government: None
   For the defense:    Unknown at this time

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

FILED
In Open Court
USDC, Mass.
Date 5-12-04
By *G.B.*
Deputy Clerk

5.  Applicable periods of excludable delay under Speedy Trial Act

The government requests that the following periods be excluded: From 3/25/04 (arraignment) until 3/30/04 (date of detention order). From 3/30/04 until 4/27/04 (time excludable pursuant to L.R. 112.2(2) for discovery.)
Should the court grant the 30 days for the defense to review discovery and determine whether or not additional discovery requests will be filed, the government requests that such time be excludable.

6.  It is unknown whether a trial will be necessary at this stage of proceedings. Estimated duration of trial is approximately four days.

7. Other matters:

   For the government: None
   For the defense:    None

A motion date pursuant to Fed. R. Crim. P. 12(c) has/~~has not~~ been established.

An Interim Status Conference ~~has~~/has not been scheduled.

_____          _____
Syrie Fried, Esq.                        Nadine Pellegrini, Esq.
Counsel for the Defendant                Assistant U.S. Attorney


5/12/04 ALEXANDER, M.J. An Interim Status Conference is scheduled fr 3:30 p.m. on June 22, 2004.