UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )   Criminal No. 04-10081-JLT
                              )
v.                            )
                              )
RAMON WILBERTO ABREU-CABRERA  )

JOINT MOTION TO EXCLUDE TIME

The parties hereby jointly move, in accordance with their joint status conference report of June 22, 2003, to exclude the following periods of time from the time within which this case would otherwise have to be tried:

| | |
|---|---|
| 3/25/04 to 3/30/04 | from arraignment to detention decision |
| 3/30/04 to 4/27/04 | 28-day discovery period |
| 5/12/04 to 6/22/04 | period for defendant to review discovery and consider dispositive motions |
| 6/22/04 to 8/19/04 | time within which the defendant must file dispositive motions |

RAMON WILBERTO ABREU-CABRERA        MICHAEL J. SULLIVAN
                                    United States Attorney

By: /s/ Syrie Fried            By: /s/ Timothy Feeley
    SYRIE FRIED, ESQ.              TIMOTHY Q. FEELEY
    Attorney for Defendant         Assistant U.S. Attorney
    (617) 223-8061                 (617) 748-3172

June 25, 2004