UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10081 JLT

RAMON WILBERTO ABREU-CABRERA
　　　Defendant

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

　　On June 22, 2004, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that may deserve special attention or modification of the standard schedule include the large volume of discovery;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) includes the government's witness as to fingerprint identification;

5. The applicable periods of excludable delay under the Speedy Trial Act include: March 25, 2004, through March 30, 2004 (6 days); March 30, 2004 through April 27, 2004 (28 days); May 12, 2004, through June 22, 2004 (41 days) and June 22, 2004, through August 17, 2004 (55) for a total of one hundred and thirty (130) days as of August 17, 2004. The time period from April 28, 2004, through May 11, 2004 (15 days). The government and defense will file a joint motion for any applicable periods of excludable delay. The total amount of time to proceed to trial is fifty-five (55) days as of August 17, 2004;

6. Trial is uncertain at this time. If a trial becomes necessary, then the estimated duration of a trial is four (4) days;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant is to file all dispositive motions on or before August 19, 2004, and the government's response is due September 2, 2002. A **Final Status Conference** is scheduled at **10:00 a.m.** on **August 17, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                            <u>HONORABLE JOYCE LONDON ALEXANDER</u>
                                            U.S. MAGISTRATE JUDGE

                                            By the Court:

<u>August 16, 2004</u>                  <u>/S/ Rex Brown            </u>
Date                               Courtroom Clerk
                                  (617) 748-9238