UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           CRIMINAL NO. 04-10081-JLT

v.

RAMON WILBERTO ABREAU-CABRERA



*Joint Memorandum on*

FINAL STATUS CONFERENCE

ALEXANDER, M.J.

    On 08/17/04, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule.

2. The government has provided its discovery to the defendants. The government does not expect substantial additional discovery prior to trial.

    There are no pending motions but motions are due on or before 8/19/04.

3.(a)    Total amount of time ordered excluded under the Speedy Trial Act:

        3/25/04 to 3/30/04   (date of arraignment to detention hearing)

        3/30/04 to 4/27/05   (28 days for discovery pursuant to L.R. 112.2)

        5/12/04 to 6/22/04   (Discovery review and determination of dispositive motions)

        6/22/04 to 8/19/04   (Time within which Defendant must file motions)



FILED
In Open Court
USDC, Mass.
Date 8/17/04
By_____
Deputy Clerk

    (b)    Amount of time remaining under the Speedy Trial Act before trial must commence:

           55 days

    (c)    Motions are not due to be filed until 8/19/04. Filing of these motions may cause additional excludable time under the Speedy Trial Act.

4.(a)    The defendant does not intend to raise a defense of insanity.

  (b)    The defendant does not intend to raise a defense of public authority.

5.    The Government has requested notice of alibi by the defendant.

6.(a)    Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial: To be filed by 8/19/04.

7.    Need for schedule concerning any matter in the case other than trial:

8.    Trial ~~date~~ is not necessary.

By the government:

*/s/ Paul R. Moore*
Paul Moore, AUSA for
Nadine Pellegrini, AUSA

Dated: 08/16/04

By the Defendant:

*/s/ Syrie Fried*
Syrie Fried, Esq.