# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## UNITED STATES OF AMERICA

### V.                                    CRIMINAL NO. CR04-10081 JLT

## RAMON WILBERTO ABREU-CABRERA

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court

hereby orders excludable delay from: **8/19/04** until **9/16/04** for the reason checked below.


9/28/04                                    /S/ Joyce London Alexander
     Date                                    U.S. Magistrate Judge


REFER TO DOCUMENT(S) # _8/17/04 hearing_____

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| **[X]** | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(04cr10081 O-EX DLY.wpd - 01/93)                                    [koexcl.]