UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10081 JLT

RAMON WILBERTO ABREU-CABRERA
     Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     On August 17, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated, but if any is produced then it will only be minimal;

4. The applicable periods of excludable delay under the Speedy Trial Act include: March 25, 2004, through March 30, 2004 (6 days); March 30, 2004 through April 27, 2004 (28 days); May 12, 2004, through June 22, 2004 (41 days); June 22, 2004, through August 19, 2004 (57 days) and August 19, 2004, through September 16, 2004(28 days), for a total of one hundred and sixty (160) days as of September 16, 2004. The time period from April 28, 2004, through May 11, 2004 (15 days). The total amount of time to proceed to trial is fifty-five (55) days as of August 17, 2004. There are no anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

    (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi by the defendant;

7. There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule has been established. The parties were to file dispositive motions by August 19, 2004, with responses due two (2) weeks thereafter. The case should be scheduled for a Rule 11 Hearing;

9. Early resolution of the case without trial is likely;

10. Trial is not necessary;

11. There are no other matters.

      IT IS HEREBY ORDERED THAT

      Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge..

      HONORABLE JOYCE LONDON ALEXANDER
      UNITED STATES MAGISTRATE JUDGE
      By the Court:

      /S/ Rex Brown
      Courtroom Clerk

September 28, 2004
Date