IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 04-10081-JLT |
| | : | |
| RAMON WILBERTO ABREAU-CABRERA | : | |

## MOTION TO REQUEST CHANGE OF PLEA HEARING AND/OR STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, files this Motion to Request Change of Plea Hearing as follows:

1. On September 28, 2004, U.S. Magistrate Judge Alexander issued the Report & Order on Final Status Conference with respect to the above-captioned case.

2. There are no outstanding motions which might cause additional excludable delay and the Report, at paragraph 8, does suggest that the case be scheduled for a Rule 11 hearing.

3. Therefore, the government respectfully requests that the court schedule a Rule 11 hearing as soon as is mutually convenient for the court and the parties.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

>Syrie Fried, Esq.
>Federal Defenders Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02110

This 29th day of September, 2004.

>/s/Nadine Pellegrini
>Nadine Pellegrini
>Assistant U.S. Attorney