# United States District Court
### District of Massachusetts

UNITED STATES OF AMERICA

                                             CR 04-10081-JLT

   V

RAMON WILBERTO ABREU-CABRERA

## NOTICE

The above-entitled case has been set for **RULE 11 HEARING December 15, 2004 10:15 A.M.** in Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                  By the Court,

                                                  /s/

                                                  Zita Lovett
                                                 Deputy Clerk

Date: December 1, 2004
CC:   All counsel of record