RAMON ABREU CABRERA
AKA/ ISMAEL CINTRON.
No. 04CR10081JLT
26 LONG POND ROAD
PLYMOUTH, MA 02360.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK.
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

DEAR CLERK OF COURT:

The purpose of this letter is to inform you that I have been sentenced since April 25th by Judge TAURO, and I still have not received my commitment documents, and also I would like to be transferred to a federal institution as soon as possible, because this county jail has a real issue with contaminated water.

We are as of right now cooking our food and drinking our water from this contaminated source.

I'm asking you to send my paper work to the Federal Bureau of Prisons if you have not done so, in order for me to be transferred.

Thank you very much for your cooperation, I wait for your response

Respectfully
Ramon Abreu